**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**JOSHUA DALE ODOM,**

    **Plaintiff,**

**v.**                                          **Case No.: 3:11cv545/MCR/EMT**

**SHERIFF DAVID MORGAN,**

    **Defendant.**
_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 26, 2012 (doc. 8). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).[1] I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is **DISMISSED without prejudice** for Plaintiff's failure to comply

---

[1] The court notes that the clerk mailed a copy of the Report and Recommendation to the Plaintiff at the Escambia County Jail on January 26, 2012. After it was returned as undeliverable, the court entered an order on March 8, 2012, directing the clerk to mail a copy to the plaintiff at the Santa Rosa County Jail. The docket indicates that the clerk complied with the court's order in that regard.

with an order of the court.

     **DONE AND ORDERED** this 9th day of April, 2012.


                              s/ *M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **CHIEF UNITED STATES DISTRICT JUDGE**